# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH GAINES and NEHEMIAH GAINES, by and through their Guardian Ad Litem, RANEE GAINES, RANEE GAINES and SHELDON GAINES,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | 3:04-CV-541-LRH (RAM)<br><br>**MINUTES OF THE COURT**<br><br>May 26, 2006 |

PRESENT:　　THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　GINA MUGNAINI　　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Plaintiffs' Unopposed Motion for Permission to File a Reply Brief in Excess of 20 Pages (Doc. #37) is **GRANTED**.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk