1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF NEVADA**

8

9
10
11

JEREMIAH GAINES and NEHEMIAH
GAINES, by and through their
Guardian Ad Litem, RANEE GAINES;
RANEE GAINES; and SHELDON GAINES,

Case No.: CV-N-04-0541-LRH-RAM

Plaintiffs,

12

v.

13
14

DOUGLAS COUNTY SCHOOL DISTRICT,

15

Defendant.

**STIPULATION RE: AMENDMENT TO
PLAINTIFFS' REPLY TO OPPOSITION
OF DEFENDANT DOUGLAS COUNTY
SCHOOL DISTRICT TO PLAINTIFFS'
JOINT MOTION FOR ATTORNEYS'
FEES AND COSTS** ; AND ORDER

16

17
18

    The parties in the above-referenced action, by and through their respective attorneys of

19
20

record, hereby stipulate that Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for

Attorneys' Fees and Costs be amended as follows:

21
22

1.  Deletion of the first full sentence beginning on page 3, line 7 through line 9, specifically,

the sentences that state; "[i]n making this claim, the District overlooks that it filed its own

23

Opposition in an untimely manner.  Thus, the Family requests that the court not consider

24

the District's Opposition."

25

2.  Deletion of Argument A, page 3, line 13 through page 4, line 6.

26

Stipulation Re: Amendment to Reply

1

The reason for this Stipulation for Amendment is that Defendant's counsel notified Plaintiffs' counsel of the error contained in the Reply and Plaintiffs agreed Defendant's Opposition was timely filed.

Respectfully submitted this 9th day of March, 2009.

By:     s/s
        Lynne P. Bigley, Esq.

Stipulation Re: Amendment to Reply

1   Respectfully submitted this 9th day of March, 2009.

2

3   By:    s/s *David B. Lockie*
              David B. Lockie, Esq.

4

5

6        IT IS SO ORDERED this 10th day of March, 2009.

7

8

9

10       _____
         LARRY R. HICKS
11       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Stipulation Re: Amendment to Reply

                          3